**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KOREY LEWILLIE MAGEE, (TDCJ #2069564) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-3990 |
| LORIE DAVIS, | § § § | |
| Respondent. | § | |

## ORDER

Korey Lewillie Magee, a Texas state inmate, has filed a petition under 28 U.S.C. § 2254, seeking a federal writ of habeas corpus to challenge a state-court conviction for capital murder. The respondent requests an extension of time, up to and including January 31, 2019, in which to file an answer or other appropriate responsive pleading.

It is **ORDERED** that the motion for an extension of time, (Docket Entry No. 8), is **GRANTED**.

SIGNED at Houston, Texas, on ___**DEC 3 1 2018**___.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE